UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-00365-JMS-MJD |
| ) | |
| JOHN F. CARAWAY, LEANN LaRIVA, ) | |
| Dr. THOMAS BAILEY, ) | |
| GENEVIEVE DAUGHTERY. ) | |
| CRISTIANA DESMITH, ) | |
| HOLLIE BOWMAN, ) | |
| NAPHCARE US, INC., ) | |
| ) | |
| Defendants. ) | |

> In light of Naphcare US, Inc's dismissal from this case, [*see* Filing No. 136; Filing No. 137], the Court **DENIES AS MOOT** Naphcare's Motion for Summary Judgment, [Filing No. 102].
> JMS, CJ
> June 22, 2017
> Distribution via CM/ECF

## DEFENDANT NAPHCARE INC.'S MOTION FOR SUMMARY JUDGMENT

The Defendant, NaphCare, Inc., by Counsel, respectfully moves the Court for Summary Judgment on all claims filed by the Plaintiff, Anthony Collier.

As shown by the pleadings, by the evidence tendered in support of this motion, and by the undisputed facts and arguments contained in Defendant's Brief in Support of Its Motion for Summary Judgment, there are no genuine issues as to any material facts, and the Defendant is entitled to judgment as a matter of law.

WHEREFORE, the Defendant, NaphCare, Inc., respectfully moves the Court to enter Summary Judgment in its favor and against the Plaintiff, Anthony Collier.